FRANK C. LA BUE, Respondent, *v.* TILO ROOFING COMPANY, INC., Appellant.

Argued March 2, 1954; decided April 8, 1954.

*Henry Hirschberg* and *Ernest M. Levinson* for appellant.
*William F. Stanton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.